```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11440
     CARMELA L BELLAMY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-4935

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/26/2007 and was confirmed 09/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   4.00%.

     The case was dismissed after confirmation 10/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED NOT I   NOT FILED            .00              .00
COOK COUNTY TREASURER     SECURED              300.20          .00           300.20
NUVELL CREDIT CO LLC      SECURED VEHIC     21216.00      1814.31          4121.76
OCWEN FEDERAL BANK        SECURED NOT I         .00           .00              .00
OCWEN FEDERAL BANK        SECURED NOT I         .00           .00              .00
OCWEN LOAN SERVICING      UNSECURED       NOT FILED           .00              .00
SAXON MORTGAGE            CURRENT MORTG        .00           .00              .00
SAXON MORTGAGE            MORTGAGE ARRE    4359.71           .00              .00
GRANDVIEW AT LAS VEGAS    SECURED NOT I   NOT FILED           .00              .00
AMERICAN GENERAL FINANCE  UNSECURED        2212.88           .00              .00
AMERICOL                  NOTICE ONLY     NOT FILED           .00              .00
ASPEN NATIONAL COLLECTIO  SECURED NOT I   NOT FILED           .00              .00
CAPITAL ONE               UNSECURED        2279.95           .00              .00
CAPITAL ONE               UNSECURED         332.78           .00              .00
CITY OF CHICAGO PARKING   UNSECURED         180.00           .00              .00
CITY OF HARVEY            UNSECURED       NOT FILED           .00              .00
ASPIRE                    UNSECURED        1190.07           .00              .00
CREDIT COLLECTION SERVIC  NOTICE ONLY     NOT FILED           .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         872.36           .00              .00
PREMIER BANCARD CHARTER   UNSECURED         492.27           .00              .00
FISHER & SHAPIRO          NOTICE ONLY     NOT FILED           .00              .00
GENERAL REVENUE CORP      NOTICE ONLY     NOT FILED           .00              .00
ECAST SETTLEMENT CORP     UNSECURED         575.35           .00              .00
NICOR GAS                 UNSECURED         419.67           .00              .00
PATELCO CREDIT UNION      UNSECURED       NOT FILED           .00              .00
PATELCO CREDIT UNION      UNSECURED       NOT FILED           .00              .00
RJM AQUISITIONS FUNDING   UNSECURED       NOT FILED           .00              .00
SCOTTS LAWN SERVICE       UNSECURED       NOT FILED           .00              .00
TARGET NATIONAL BANK      UNSECURED         488.43           .00              .00
TOYOTA MOTOR CREDIT CO    UNSECURED       12775.46           .00              .00
TSYS TOTAL DEBT MANAGEME  NOTICE ONLY     NOT FILED           .00              .00
US CELLULAR               UNSECURED       NOT FILED           .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 11440 CARMELA L BELLAMY
```

```
US DEPT OF EDUCATION      UNSECURED       32856.80                  .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        2377.52                  .00          .00
WOW INTERNET AND CABLE    UNSECURED      NOT FILED                  .00          .00
RONALD SHAW               NOTICE ONLY    NOT FILED                  .00          .00
RONALD SHAW               NOTICE ONLY    NOT FILED                  .00          .00
OCWEN FEDERAL BANK        MORTGAGE ARRE   1310.74                   .00          .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY    NOT FILED                  .00          .00
OCWEN FEDERAL BANK        CURRENT MORTG       .00                   .00          .00
NUVELL CREDIT CO LLC      UNSECURED         91.34                   .00          .00
CITY OF CHICAGO PARKING   UNSECURED           .00                   .00          .00
KONSTANTINE T SPARAGIS    DEBTOR ATTY    2,749.00                                .00
TOM VAUGHN                TRUSTEE                                             513.73
DEBTOR REFUND             REFUND                                                .00
```

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  6,750.00

PRIORITY                                              .00
SECURED                                          4,421.96
     INTEREST                                    1,814.31
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               513.73
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                    6,750.00                6,750.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE